**ROBERT WISNIEWSKI  P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820• NEW YORK, NY 10004
T EL: (212) 267-2101 • WEB: www.rwapc.com

November 29, 2022

Hon. Katherine Polk Failla, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
         VIA ECF



Re:   Choinski v. Brown Meadow, Inc. et al.
      <u>Docket No.: 22-cv-01058-KPF</u>

Dear Judge Failla,

  I represent Plaintiff in this matter. For the reasons that follow, I respectfully request that Your Honor extend Plaintiff's time to file a motion for default judgment (the "<u>Motion</u>") from November 30, 2022 to Monday, December 5, 2022. It is the first request of this type and there is no prejudice to any party inasmuch as Defendants defaulted.

  Your Honor was kind enough to give Plaintiff until November 30, 2022 to file the Motion. As I previously advised, I was travelling out of the country. Unfortunately, I brought a serious case of the flu from my trip, which still continues. While I have tried to soldier on, I fell increasingly behind with work in a number of cases, including this one. Moreover, Plaintiff, who is an elderly man who lives far from public transportation, can visit my office on weekends when he can be driven to Manhattan by somebody. Hence, the request for an extension of time to file the motion for default judgment until Monday, December 5, 2022.

  I thank Your Honor for her attention to the above.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

```
Application GRANTED.  The Clerk of Court is directed to terminate
the pending motion at docket number 16.

Dated:    November 30, 2022              SO ORDERED.
          New York, New York
```

Page 1 of 1

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE