UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYSZARD CHOINSKI,<br><br>      Plaintiff,<br><br>      -v.-<br><br>BROWN MEADOW, INC., THE IRREPLACEABLE ARTIFACTS COMPANY INC., and EVAN BLUM,<br><br>      Defendants. | 22 Civ. 1058 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On April 25, 2023, the Court was informed that the court-ordered mediation in this case was successful, and that agreement was reached on all issues. (April 25, 2023 Minute Entry).  Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **May 26, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law.  *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).  The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

  SO ORDERED.

Dated: April 26, 2023
     New York, New York

                          _____
                          KATHERINE POLK FAILLA
                          United States District Judge