**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820• NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

June 30, 2023

Hon. Katherine Polk Failla, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
       VIA ECF



      Re:   **Choinski v. Brown Meadow, Inc. et al.**
            <u>Docket No.: 22-cv-01058-KPF</u>

Dear Judge Failla,

    I represent Plaintiff in this matter. Counsel for the parties respectfully request a second extension of time from today to July 11, 2023 to file a Cheeks motion. The previous motion was approved for good cause. There is no prejudice to any party.

    The reason for the extension of time is that we are working out final textual issues and need a few days after the long weekend to get the final result. Unfortunately, Mr. Choinski is still in Poland, readying his daughter's wedding, and we will need a few days to make sure that he receives the document, signs it and returns it to us.

    Wherefore, counsel for the parties respectfully request an extension of time to file a Cheeks motion until July 11, 2023.

    Thank you for your attention to the foregoing.

                                        Respectfully submitted,

                                        <u>/s/ Robert Wisniewski</u>
                                        Robert Wisniewski

cc:
    Frank Brennan, Esq. via ECF
    *Counsel for Defendants*

```
Application GRANTED.  The Clerk of Court is directed to
terminate the pending motion at docket number 42.


Dated:    June 30, 2023               SO ORDERED.
          New York, New York
```

                              Page 1 of 1    *[signature: Katherine Polk Failla]*

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE